1  MIKE ARIAS (SBN 115385)
   CRAIG S. MOMITA (SBN 163347)
2  mike@aswtlawyers.com
   craig@aswtlawyers.com
3  ARIAS SANGUINETTI WANG & TEAM LLP
   6701 Center Drive West, Suite 1400
4  Los Angeles, CA  90045
   Telephone: (310) 844-9696
5  Facsimile: (310) 861-0168

6  Attorneys for Plaintiffs
   MATTHEW C. ULRICKSEN, SHANE BARLOW,
7  JAMES A. JONES & JOSHUA STUART

8  [Additional Counsel listed on next page.]

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 | MATTHEW C. ULRICKSEN, an individual, | Case No. 4:21-CV-06653-WHO
13 | on behalf of himself and all others similarly situated; SHANE BARLOW, an individual, on behalf of himself and all others similarly |
14 | situated, JAMES A. JONES, an individual, on behalf of himself and all others similarly | **STIPULATION FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**
15 | situated; JOSHUA STUART, an individual, on behalf of himself and all others similarly |
16 | situated, |

17            Plaintiff,

18       vs.

19  UNITED PARCEL SERVICE, INC. an Ohio
    Corporation, aka UPS; WILLIAM W.
20  TURMAN; and DOES 1 through 100,
    inclusive,
21
              Defendants.
22

1  ELIZABETH A. BROWN (SBN 235429)
   JENNIFER SVANFELDT (SBN 233248)
2  TALAR TAVLIAN (SBN 238538)
   MATTHEW W. MORRIS (SBN 309741)
3  lisabrown@gbgllp.com
   jensvanfeldt@gbgllp.com
4  talartavlian@gbgllp.com
   mattmorris@gbgllp.com
5  GBG LLP
   601 Montgomery Street, Suite 1150
6  San Francisco, CA  94111
   Telephone:  (415) 603-5000
7  Facsimile:  (415) 840-7210

8  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii):

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that:

The above-captioned action is voluntarily dismissed against all named defendants with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED: September 16, 2024

ARIAS SANGUINETTI WANG & TEAM LLP

BY:   /s/ Craig S. Momita
      MIKE ARIAS
      CRAIG MOMITA
Attorneys for Plaintiffs
MATTHEW C. ULRICKSEN, SHANE BARLOW, JAMES A. JONES and JOSHUA STUART

DATED: September 16, 2024

GBG LLP

BY:   /s/ Elizabeth A. Brown
      ELIZABETH A. BROWN
      JENNIFER SVANFELDT
      TALAR TAVLIAN
      MATTHEW W. MORRIS
Attorneys for Defendants
UNITED PARCEL SERVICE, INC.

**ORDER**

**UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS ORDERED THAT** this action is voluntarily dismissed against all named defendants with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 16, 2024

By: _____
HON. WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE